IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NORMAN WASHINGTON WILLIAMS,

    Plaintiff,　　　　　　　　　　No. CIV S-04-2291 FCD KJM P

    vs.

RICHARD W. SANDHAM, et al.,

    Defendants.　　　　　　　　　　<u>ORDER</u>

_____/

    Plaintiff is a state prisoner who is proceeding pro se. Plaintiff seeks relief under 42 U.S.C. § 1983.

    On April 28, 2005, the court ordered the United States Marshal to serve the complaint on four defendants. Process directed to defendant Richard Sandham was returned unserved. Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, <u>et</u> <u>seq</u>., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

    Accordingly, IT IS HEREBY ORDERED that:

    1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the complaint filed October 28, 2004; and

1

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for defendant Richard Sandham;

    b. Two copies of the endorsed complaint filed October 28, 2004; and

    c. One completed summons form (if not previously provided)

or show good cause why he cannot provide such information.

DATED: July 26, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

1/kf
will2291.8e

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NORMAN WASHINGTON WILLIAMS,

    Plaintiff,                        No. CIV S-04-2291 FCD KJM P

    vs.

RICHARD W. SANDHAM, et al.,        NOTICE OF SUBMISSION

    Defendants.                 OF DOCUMENTS

_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    __1__    completed summons form

    __1__    completed USM-285 form

    __2__    copies of the October 28, 2004 Complaint

DATED:

_____
Plaintiff