IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NORMAN WASHINGTON WILLIAMS,

    Plaintiff,                        No. CIV S-04-2291 FCD KJM P

    vs.

RICHARD SANDHAM, et al.,

    Defendants.                ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. Plaintiff seeks an extension of time to comply with this court's July 27, 2005 order.[1] Good cause appearing, IT IS HEREBY ORDERED that:

/////

/////

/////

/////

/////

---

[1] From the document filed by plaintiff on October 3, 2005, it appears petitioner was having trouble obtaining defendant Sandham's address. On October 11, 2005, counsel for defendants Rohlfing, Bates and Winter filed a document indicating she provided plaintiff with Sandham's last known address in a letter mailed to plaintiff on October 3, 2005.

1

1. Plaintiff's request for an extension of time is granted;

2. Plaintiff shall comply with the court's July 27, 2005 order within thirty days.

DATED: October 12, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] wash2291.usm