IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NORMAN WASHINGTON WILLIAMS,

    Plaintiff,                            No. CIV S-04-2291 FCD KJM P

    vs.

RICHARD SANDHAM, et al.,

    Defendants.                   <u>ORDER</u>

_____/

        Plaintiff, a state prisoner, is proceeding pro se with a civil rights action under 42 U.S.C. § 1983. By an order filed July 27, 2005, this court ordered plaintiff to complete and return to the court one completed USM-285 form, two copies of his complaint and a completed summons, which are required to effect service on defendant Sandham. Plaintiff has submitted the USM-285 form and two copies of his complaint, but has not submitted the completed summons.[1]

/////

/////

/////

---

[1] Plaintiff has not submitted a completed summons because the court never sent plaintiff a blank summons.

1

1  Good cause appearing, IT IS HEREBY ORDERED that:

2  1. The Clerk of the Court is directed to send plaintiff one summons; and

3  2. Within thirty days, plaintiff shall submit to the court the completed summons required to effect service upon defendant Sandham.  Failure to return the completed summons within the specified time period will result in a recommendation that this action be dismissed.

DATED: December 2, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

1
will2291.8f