IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NORMAN WASHINGTON WILLIAMS,

    Plaintiff,                                  No. CIV S-04-2291 FCD KJM P

    vs.

RICHARD SANDHAM, et al.,

    Defendants.                             <u>ORDER</u>

_____/

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief based on 42 U.S.C. § 1983.

        On January 10, 2006, the court ordered the United States Marshal to serve plaintiff's complaint on defendant Sandham. Process directed to Sandham was returned because the Marshal was unable to locate Sandham using the address provided by plaintiff. Plaintiff must provide additional information to serve defendant Sandham. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention. Plaintiff's failure to comply with this order or failure to provide the court with defendant Sandham's correct address will result in a recommendation that Sandham be dismissed from this action.

1   Accordingly, IT IS HEREBY ORDERED that:

2   1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the complaint filed October 28, 2004;

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for defendant Sandham; and

    b. Two copies of the endorsed complaint filed October 28, 2004.

DATED: April 11, 2006.

_____

UNITED STATES MAGISTRATE JUDGE

---

[1] will2291.8e(2)

```
 1
 2
 3
 4
 5
 6
 7
 8                       IN THE UNITED STATES DISTRICT COURT
 9                      FOR THE EASTERN DISTRICT OF CALIFORNIA
10   NORMAN WASHINGTON WILLIAMS,
11          Plaintiff,                      No. CIV-S-04-2291 FCD KJM P
12      vs.
13   RICHARD W. SANDHAM, et al.,            NOTICE OF SUBMISSION
14          Defendants.                     OF DOCUMENTS
15   _____/
16          Plaintiff hereby submits the following documents in compliance with the court's
17   order filed _____:
18          __1__      completed USM-285 forms
19          __2__      copies of the __10/28/04_____
                                        Complaint
20   DATED:
21
22                                           _____
                                                        Plaintiff
23
24
25
26
```