IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NORMAN WASHINGTON WILLIAMS,

    Plaintiff,                      No. CIV S-04-2291 FCD KJM P

    vs.

RICHARD SANDHAM, et al.,

    Defendants.                ORDER

_____/

        Plaintiff has filed three documents in which plaintiff complains about access to his legal documents and access to the law library at his prison. See Docket Entries #29, #30 and #32. Plaintiff asks that the court order staff at plaintiff's prison to return plaintiff's legal property and to provide plaintiff with access to his prison's law library. Plaintiff's requests will be denied as plaintiff has not indicated precisely why he needs the documents he seeks and why he requires access to the prison law library at this stage of this case. Plaintiff is informed that if he seeks similar relief in the future he must explain in specific terms how and why the actions of prison staff are impeding his ability to litigate this case.

        Plaintiff also seeks extensions of time to submit the documents necessary for service of process on defendant Sandham and to respond to the motion for summary judgment

/////

filed by defendants Rohlfing, Bates and Winter.  Good cause appearing, plaintiff's requests will be granted.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff requests for an order directing staff at plaintiff's prison to provide plaintiff with certain legal documents and access to the prison law library are denied.

2. Plaintiff's June 1, 2006 request for an extension of time to submit the documents necessary for service of process on defendant Sandham is granted.

3. Plaintiff is granted thirty days from the date of this order in which to submit the documents necessary for service of process on defendant Sandham.

4. Plaintiff's July 12, 2006 request for an extension of time to file an opposition to the motion for summary judgment filed by defendants Rohlfing, Bates and Winter is granted.

5. Plaintiff is granted sixty days within which to file an opposition to the motion for summary judgment filed by defendants Rohlfing, Bates and Winter.

6. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: August 1, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

1/mp
will2291.36