IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NORMAN WASHINGTON WILLIAMS,

    Plaintiff,                              No. CIV S-04-2291 FCD KJM P

    vs.

RICHARD SANDHAM, et al.,

    Defendants.                        ORDER

/

        Plaintiff has filed his second request for an extension of time to file and serve an opposition to defendants' September 13, 2006 motion for summary judgment pursuant to the court's order of October 4, 2006. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's October 25, 2006 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file and serve an opposition to defendants' September 13, 2006 motion for summary judgment.

DATED: November 3, 2006.

                                            U.S. MAGISTRATE JUDGE

1/mp;
will2291.36sec