1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10   NORMAN WASHINGTON WILLIAMS,

11           Plaintiff,                           No. CIV S-04-2291 FCD KJM P

12        vs.

13   RICHARD SANDHAM, et al.,

14           Defendants.                          ORDER

15   _____/

16           On March 6, 2007, defendant Sandham filed a motion for summary judgment.

17   Plaintiff has not opposed the motion.  Good cause appearing, IT IS HEREBY ORDERED that,

18   within thirty days of the date of this order, plaintiff shall file an opposition to defendant

19   Sandham's March 6, 2007 motion for summary judgment.  Failure to file an opposition will

20   result in a recommendation that this action be dismissed pursuant Federal Rule of Civil

21   Procedure 41(b).

22   DATED:  July 25, 2007.

23   _____
     U.S. MAGISTRATE JUDGE

24

25   1/mp
     will1291.46

26