IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NORMAN WASHINGTON WILLIAMS,

    Plaintiff,                    No. CIV S-04-2291 FCD KJM P

    vs.

RICHARD SANDHAM, et al.,

    Defendants.          <u>ORDER</u>

                          /

       Plaintiff has requested an extension of time to file and serve an opposition to defendant Sandham's March 6, 2007 motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Plaintiff's August 21, 2007 request for an extension of time is granted; and

       2. Plaintiff is granted thirty days from the date of this order in which to file and serve an opposition to defendant Sandham's March 6, 2007 motion for summary judgment. No further extensions of time will be granted.

DATED: August 30, 2007.

                                                  U.S. MAGISTRATE JUDGE

/mp
will2291.36