IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NORMAN WASHINGTON WILLIAMS,

    Plaintiff,                  No. CIV S-04-2291 FCD KJM P

    vs.

RICHARD SANDHAM, et al.,

    Defendants.         <u>ORDER</u>

                            /

        Plaintiff has requested an extension of time to file and serve objections to the February 12, 2008 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's motion for an extension of time (docket no. 111) is granted; and

        2. Plaintiff is granted until March 20, 2008 in which to file and serve objections to the February 12, 2008 findings and recommendations.

DATED: March 5, 2008.

                                                U.S. MAGISTRATE JUDGE

/mp
will2291.36